# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN PENA,<br><br>          Petitioner,<br><br>     vs.<br><br>GUILLERMINA HALL, Warden,<br><br>          Respondent. | CASE NO. 05cv2328 IEG (POR)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE, and (3) DENYING PETITIONER A CERTIFICATE OF APPEALABILITY PURSUANT TO 28 U.S.C. § 2253(c)(1)(A)**<br><br>(Doc. No. 1.) |

On November 21, 2005, Valentin Pena ("petitioner"), a state inmate proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, in his petition, claims that: (1) counsel was "constitutionally ineffective under the Sixth and Fourteenth Amendments" because counsel failed to both obtain a more favorable plea agreement and to adequately investigate petitioner's criminal history; and (2) the Superior Court violated petitioner's due process rights when it imposed a gun use sentence enhancement without finding appropriate aggravating facts. (Pet. at 6-7.)

The case was referred to United States Magistrate Judge Louisa S. Porter pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule HC.2(a). On August 7, 2006, Magistrate Judge Porter

1  issued a Report and Recommendation ("Report") recommending that the Court dismiss the
2  petition with prejudice. The Court, having reviewed de novo the Magistrate Judge's Report, and
3  there being no objections filed to the Report, adopts the recommendation in full and **DENIES** the
4  petition for habeas corpus with prejudice. Furthermore, the Court denies petitioner a certificate of
5  appealability.[1]

7  **IT IS SO ORDERED.**

9  **DATED: September 28, 2006**

   **IRMA E. GONZALEZ, Chief Judge**
   **United States District Court**

---

28  [1] See 28 U.S.C. § 2253(c) (providing that a certificate shall issue "only if the applicant has made a substantial showing of a denial of a constitutional right.").